# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | |
|---|---|
| In re:<br><br>Cambrian Holding Company, Inc., *et al.*,[1]<br>Debtors.<br><br>───────────────────────<br><br>Ellen Arvin Kennedy, solely in her capacity as Liquidating Trustee of the Cambrian Liquidating Trust,<br>Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY<br>Defendant. | Chapter 11<br><br>Case No. 19-51200<br><br>(Jointly Administered)<br><br><br><br>Adv. No. 21-5060 |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which applies to this adversary proceeding through Fed. R. Bankr. P. 7041, Plaintiff Ellen Arvin Kennedy, solely in her capacity as Liquidating Trustee (the "Trustee" or the "Plaintiff") of the Cambrian Liquidating Trust (the "Trust"), by and through counsel, hereby gives notice of the dismissal of this proceeding.

Each party shall bear its own costs and attorney's fees.

---

[1] The "Debtors" in these chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Cambrian Holding Company, Inc. (8203), Cambrian Coal LLC (3394), Apex Energy, Inc. (3455), C.W. Augering, Inc. (2875), Marshall Resources, Inc. (9735), PLM Holding Company LLC (7427), Bear Branch Coal LLC (0674), Clintwood Elkhorn Mining LLC (6910), Gatliff Coal LLC (5768), Perry County Coal LLC (4382), Ray Coal LLC (0981), Whitaker Coal LLC (8270), Pike-Letcher Land LLC (8952), Premier Elkhorn Coal LLC (8951), Raven Rock Development LLC (1351), Rich Mountain Coal LLC (1974), S.T. & T. Leasing, Inc. (0340), T.C. Leasing, Inc. (7705), and Shelby Resources, LLC (5085).

Dated:  August 24, 2021

                        DINSMORE & SHOHL LLP

By:   */s/ John M. Spires*
       Ellen Arvin Kennedy, Esq.
       John Spires, Esq.
       100 West Main Street, Suite 900
       Lexington, KY 40507
       Phone: (859) 425-1000
       Fax: (859) 425-1099
       Email: ellen.kennedy@dinsmore.com
              john.spires@dinsmore.com
*Counsel to Ellen Arvin Kennedy, solely in her capacity as Liquidating Trustee of the Cambrian Liquidating Trust*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this the 24th day of August, 2021, electronically in accordance with the method established under this Court's CM/ECF Administrative Procedures upon all parties in the electronic filing system in this case, and upon counsel for the Defendant via electronic mail or first-class U.S. mail at:

   Mark McCreary, CIPP/US
   Fox Rothschild LLP
   2000 Market Street, Twentieth Floor
   Philadelphia, PA  19103-3222

                        */s/ John M. Spires*
                        **COUNSEL FOR ELLEN ARVIN KENNEDY, SOLELY IN HER CAPACITY AS LIQUIDATING TRUSTEE OF THE CAMBRIAN LIQUIDATING TRUST**